IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 6:16-CR-29 |
| | § | (Judge Schneider) |
| RAMON ADRIAN NOLEN (01) | § | |

## **ELEMENTS OF OFFENSE**

The defendant is charged in Count Two of the indictment with uttering counterfeited obligations of the United States, in violation of 18 U.S.C. § 472. The essential elements which must be proven to establish this violation are:

1. That the defendant uttered counterfeit money;

2. That the defendant knew at the time that the money was counterfeit; and

3. That the defendant uttered the counterfeit money with intent to defraud, that is, intending to cheat someone by making that person think the money was real.

It is not necessary, however, to prove that the defendant intended to cheat a particular person, or that the United States or anyone else was in fact cheated so long as it is established that the accused acted with intent to cheat someone.

JOHN M. BALES
UNITED STATES ATTORNEY

*/s/ L. Frank Coan, Jr.*
L. Frank Coan, Jr.
Assistant United States Attorney
Bar No. 170966 (Georgia)
110 N. College, Suite 700
Tyler, Texas 75702
(903) 590-1400
(903) 590-1439 Fax
frank.coan@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 6:16-CR-29 |
| | § | (Judge Schneider) |
| RAMON ADRIAN NOLEN (01) | § | |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this pleading has been served on counsel for the defendant via the Court's CM/ECF system on this the 24th day of August, 2016.

/s/ L. Frank Coan, Jr.
L. Frank Coan, Jr.