IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 6:16-CR-29 |
| | § | (Judge Clark) |
| MONTIE DELOIS DENNIS (02) | § | |

## FACTUAL BASIS

Investigation by the United States Secret Service has disclosed the following facts, which I accept as true and correct, establishing that I, the defendant, **Montie Delois Dennis**, violated 18 U.S.C. § 472 (possession of counterfeited obligations of the United States):

1.    In early March 2016, I met Ramon Nolen in Tyler, Texas.

2.    I helped Nolen make counterfeit Federal Reserve Notes (FRNs) in various denominations at a location in Tyler, Texas.

3.    The face value of the counterfeit FRNs did not exceed $2,500.

4.    On or about March 10, 2016, I accompanied Nolen to Dairy Queen at 3250 W. Gentry Parkway, Tyler, Texas.  Nolen placed an order and then paid using a counterfeit $20 FRN.

5.    That same day, I was in possession of counterfeit FRNs in the denominations of ten dollars ($10), twenty dollars ($20), fifty dollars ($50), and one hundred dollars ($100).

6.    I knew that these $10, $20, $50, and $100 FRNs were counterfeit, and I intended to cheat someone by making that person think that the money was real.

7.    The following equipment was used to make the counterfeit FRNs:

- Epson XP-420 printer/copier (Serial No. UD8P504453).
- Epson ink cartridges.
- Miscellaneous counterfeiting paraphernalia (including blank linen paper, box cutter, and razor blades).

I hereby stipulate that the facts described above are true and correct and accept

them as the uncontested facts of this case.

Dated: _30 Aug 2017_                         _Montie Dennis_

                                            Montie Delois Dennis
                                            Defendant

I have reviewed this Factual Basis with the defendant.  Based on these discussions,

I am satisfied that she understands the terms and effect of the Factual Basis and has

signed it voluntarily.

Dated: _30 Aug 2017_                         _____

                                            A. Reeve Jackson
                                            Attorney for Defendant